| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER (Tran. Court) 03 CR 977-11 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Rec. Court) 05-20287 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Stacey Valentine<br>4112 Camelot Avenue<br>Memphis, Tennessee 38118 | DISTRICT<br>Illinois Northern | DIVISION<br>Eastern | |
| | NAME OF SENTENCING JUDGE<br>Honorable Rebecca R. Pallmeyer | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>May 10, 2005 | TO<br>May 10, 2007 |

Case 2:05-cr-20287-JPM Document 1 Filed 08/08/05 Page 1 of 2 PageID 1

OFFENSE

Student Loan Fraud (20 U.S.C. §1097)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Western District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 7, 2005
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Western District of Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Aug 1, 2005
Effective Date

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20287 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Stacey Valentine
4112 Camelot Avenue
Memphis, TN 38118

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT